Return lo To

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                                          )        Case No.: 05-10220
                                                )
**EBW LASER, INC**                              )        Chapter: 7
                                                )
                        Debtor(s)               )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I.      A dividend check in the amount of $ 12,394.09 was issued by the trustee to
        **AMO USA, INC., f/k/a Visx, Inc.**, claimant in the above referenced
        case.

2.      The dividend check was not negotiated by the claimant. Therefore, the trustee, pursuant
        to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk of the U.S.
        Bankruptcy Court of the Middle District of North Carolina. The United States Treasury
        is currently holding these funds.

3.      The claimant's current address and telephone number are:

        Name:               AMO USA, LLC
        Address:            1700 E. St. Andrews Place, Santa Clara, CA  92705
        Telephone number:   714/247-8298

4.      The claimant's social security or tax identification number is provided to the court on an
        IRS Form W-9. ( copy attached)

5.      The claimant did not receive or negotiate the dividend check for the following reason(s):
        *Not received check*

6.      I am attorney in fact for the claimant named in paragraph # 1. To the best of my
        knowledge, no other party is entitled to these funds. Proof of my identity is attached.

        Wherefore, the claimant requests that the court issue an order directing the Clerk to make
disbursement of said Unclaimed Funds for the benefit of the claimant.

DATED: 11/18/2014                    _____
                                     Claimant's Attorney in Fact's Signature

Return to Top

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                                    )        CASE NO. 05-10220

**EBW LASER, INC.**                        )
                                          )        Chapter 7
            Debtor(s)                     )
                                          )

## CERTIFICATE OF SERVICE

The undersigned , R o b e r t  M.  W e i n s t e i n ,  A t t o r n e y  i n  F a c t  f o r
**A M O   U S A ,   L L C**     at P. O. Box 999, Greensboro, NC 27402
**hereby certifies:**

That I am, and at all times hereinafter mentioned, more than 18 years of age, and that on
the            day of  September, 2014,  I served a copy of the foregoing Motion for Payment of
Unclaimed Funds, upon the parties listed below by First Class Mail:


- U.S. Attorney for the Middle District of NC
  P.O. Box 1858
  Greensboro, NC 27402


- Clerk of the U.S. Bankruptcy Court
  P. O. Box 26100, Attn: Finance Dept.
  Greensboro, NC 27402-6100

Executed  11 / 18 / 2014                          By: _____
          (Date)                                      (Signature)