UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:  )  Case No.: 05-10220
EBW Laser, Inc  )
 )  Chapter: 7
 )
Debtor(s)  )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

**IT APPEARING** that pursuant to an Order previously entered by this Court, the amount of $ 12,394.09 was paid into the court by the Trustee for deposit into the U.S. Bankruptcy Court's Unclaimed Funds Account, representing funds paid to AMO USA, Inc f/k/a Visx, Inc _____, which were not negotiated by said claimant; and

**IT FURTHER APPEARING** that the Claimant has made an official request to the court for these funds to be paid, and the request and documents attached establish that the Claimant is entitled to Unclaimed Funds; and the court having verified that the funds are available for distribution to this Claimant, and for sufficient reasons appearing,

**IT IS ORDERED** that the Clerk, U.S. Bankruptcy Court, shall process this request for a check to be issued from the Unclaimed Funds Account in the total amount of $ 12,394.09 payable to AMO USA, LLC _____ and send said check to payee at the following address:

Weinstein Law Offices
PO Box 999
Greensboro   NC   27402

Date: 1/9/2015

United States Bankruptcy Judge